**J. Howard ARNOLD, Appellant,**

v.

**William J. McGUINESS, Appellee.**

**No. 21814.**

United States Court of Appeals
Ninth Circuit.

Aug. 5, 1968.

Rehearing Denied Sept. 23, 1968.

J. Howard Arnold (argued), Berkeley, Cal., for appellant.

Thomas J. Fennone (argued), Deputy County Counsel, Richard J. Moore, County Counsel, Oakland, Cal., for appellee.

Before JERTBERG and DUNIWAY, Circuit Judges, and FOLEY, District Judge *.

PER CURIAM:

We have carefully considered appellant's assignments of error and they have no merit. We agree with and adopt the decision of the district court.[1] We also reaffirm this Court's prior decisions, wherein J. Howard Arnold was twice before this Court as the appellant.[2]

Affirmed.

---

* Roger D. Foley, District of Nevada, sitting by designation.

1. See Memorandum and Order filed February 2, 1967, Arnold v. McGuiness, U.S. D.C. N.D.Calif., 289 F.Supp. 210.

2. See Arnold v. Bostick, 9 Cir., 1964, 339 F.2d 879, cert. den. 382 U.S. 858, 86 S.

---

**Wayne K. PATTERSON, Warden, Colorado State Penitentiary, Appellant,**

v.

**Carl Robert OAKS, Appellee.**

**No. 10016.**

United States Court of Appeals
Tenth Circuit.

Sept. 18, 1968.

James F. Pamp, Asst. Atty. Gen., Denver, Colo. (Duke W. Dunbar, Atty. Gen., and Frank E. Hickey, Deputy Atty. Gen., Denver, Colo., on brief), for appellant.

Jay L. Gueck, Denver, Colo., for appellee.

Before LEWIS, SETH and HICKEY, Circuit Judges.

PER CURIAM.

This is an appeal from the United States District Court for the District of Colorado. The appellant seeks reversal of an order granting a writ of habeas corpus.

The district court held that the appellee's confession was involuntary and that the appellee's signature on a confederate's confession was also involuntary.

After a review of the briefs and the record, and a study of the authorities cited by counsel, this court adopts the opinion of the trial court * insofar as it deals with the question raised by this appeal.

Affirmed.

---

Ct. 113, 15 L.Ed.2d 96; unreported Order in Arnold v. McGuiness, 9 Cir., 1966, No. 20617, cert. den. 386 U.S. 996, 87 S.Ct. 1315, 18 L.Ed.2d 343.

* Oaks v. Patterson, 278 F.Supp. 703 (D. Colo.1968).